

**FILED**

12/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0066

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0066

_____

IN THE MATTER OF

JACK H. MORRIS,                                            O R D E R

An Attorney at Law,

Respondent.

**FILED**

DEC 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

On February 2, 2024, a formal disciplinary complaint was filed against Montana attorney Jack H. Morris. The Complaint may be reviewed by any interested person in the office of the Clerk of this Court.

Morris subsequently tendered to the Commission on Practice a Conditional Admission and Affidavit of Consent, pursuant to Rule 26 of the Montana Rules for Lawyer Disciplinary Enforcement (MRLDE). The Commission held a hearing on the conditional admission and affidavit of consent on October 8, 2024, at which hearing Morris was present and represented by counsel. On October 28, 2024, the Commission submitted to this Court its Findings of Fact, Conclusions of Law and Recommendation for Discipline in which it recommended that this Court approve Morris's conditional admission and enter an order imposing the agreed-upon discipline.

We accept the Recommendation of the Commission. Morris has admitted to violations of Mont. R. Pro. Cond. 4.2, 8.4(a), and 8.4(c) in relation to conversations he had with C.V., a co-defendant of Morris's client in a criminal matter, that exceeded the scope of the limited contact C.V.'s attorney had permitted Morris to have with C.V. He further admitted to violations of Mont. R. Pro. Cond. 3.3, 8.4(a), and 8.4(c) because a District Court later questioned Morris about his conversation with C.V. and he misled the court

into believing that C.V.'s attorney had given him permission to speak with C.V. and that the scope of their conversation was narrower than it had been.

Morris tendered his admission in exchange for discipline in the form of an agreement that he will: be suspended from the practice of law for a period of 30 days; comply with MRLDE 29 (Reinstatement Following Discipline) and MRLDE 30 (Notice to Clients and Others); and pay costs incurred by ODC and the Commission as provided by MRLDE 9(C)(4).

ODC has concurred with Morris's Conditional Admission and Affidavit of Consent. Based upon the foregoing,

IT IS HEREBY ORDERED:

1. The Commission's Recommendation that we accept Morris's MRLDE 26 tendered admission is ACCEPTED AND ADOPTED.

2. Morris is SUSPENDED from the practice of law for a period of 30 days, beginning January 6, 2025.

3. Morris shall comply with MRLDE 29 (Reinstatement Following Discipline) and MRLDE 30 (Notice to Clients and Others).

4. Morris shall pay the costs of these proceedings subject to the provisions of MRLDE 9(C)(4), allowing objections to be filed to the statement of costs.

6. Pursuant to MRLDE 26(D), the Clerk of this Court is directed to file copies of Morris's Conditional Admission and Affidavit of Consent, together with the Commission's Findings of Fact, Conclusions of Law and Recommendation for Discipline.

The Clerk of this Court is directed to serve a copy of this Order of Discipline upon Jack H. Morris and to provide copies to Disciplinary Counsel; the Office Administrator for the Commission on Practice; the Clerks of all the District Courts of the State of Montana; each District Judge in the State of Montana; the Clerk of the Federal District Court for the District of Montana; the Clerk of the Circuit Court of Appeals of the Ninth Circuit; and the Executive Director of the State Bar of Montana.

DATED this 11 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices